IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00738-WYD-KLM

MAEGHAN DODGE,

    Plaintiff,

v.

DEBRA AHLIN,
WILLIAM BOKROS, and
JOAN SHOEMAKER,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion for Leave to Amend Complaint** [Docket No. 35; Filed September 8, 2008] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **DENIED WITHOUT PREJUDICE** for failure to comply with D.C.Colo.LCivR. 7.1(A).

    The Court further notes that the Motion could be denied on the grounds of failure to submit the proposed amendment. *See Peoples v. Zavaras*, 2007 WL 2156376, at *1 (D.Colo. July 23, 2007) (unpublished decision) (citing *Zaidi v. Ehrlich,* 732 F.2d 1218, 1220 (5th Cir.1984) (district court should have held motion to amend in abeyance pending submission of plaintiff's proposed amendment); *Bownes v. City of Gary, Indiana,* 112 F.R.D. 424, 425 (N.D.Ind.1986) ("common sense" dictates that a party seeking leave to amend should accompany his motion with a copy of the proposed amended complaint); *Williams v. Wilkerson,* 90 F.R.D. 168, 170 (E .D.Va.1981) (where plaintiff sought leave to amend, a copy of the proposed amended pleading must be attached to the motion)).

    Dated: September 9, 2008