IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

Civil Action No. 08-cv-00738-CBS-KLM

MAEGHAN DODGE,
    Plaintiff,
v.

JOAN SHOEMAKER,
DEBRA ALLEN, and
WILLIAM BOKROS,
    Defendants.
_____

ORDER AND ORDER OF REFERENCE
_____

This civil action comes before the court on several matters:

I.    Consent to Proceed by Magistrate Judge

On September 16, 2008, the above-captioned case was referred to Magistrate Judge Craig B. Shaffer to handle all dispositive matters including trial and entry of a final judgment in accordance with 28 U.S.C. 636(c), Fed. R. Civ. P. 73, and D.C. COLO. LCivR 72.2. (*See* doc. # 44). All previously scheduled matters will now be handled by Magistrate Judge Shaffer at the Alfred A. Arraj United States Courthouse, Courtroom A-402, 4th Floor, 901 Nineteenth St., Denver, Colorado 80294. Magistrate Judge Shaffer's chambers telephone number is (303) 844-2117. All future filings in this case shall be filed in the United States District Court for the District of Colorado under the caption **Civil Action No. 08-cv-00738-CBS-KLM**.

II.   Order of Reference

The Amended Orders of Reference dated July 17, 2008 (doc. # 23) and July 7, 2008 (doc. # 19) and the Order of Reference dated May 23, 2008 (doc. # 9) are hereby VACATED.  This matter is now referred to United States Magistrate Judge Kristen L. Mix *for settlement purposes only*, to convene such settlement conferences and direct related proceedings as may facilitate settlement of this case.

III.   Further Proceedings

A.   Other than the time of the Final Pretrial Conference, the deadlines and settings set forth in the Amended Scheduling Order dated September 10, 2008 (doc. # 41) remain unchanged.

B.   **The Final Pretrial Conference set on Monday July 6, 2009 shall commence at 9:15 a.m.** rather than at 9:30 a.m.

C.   A Status Conference shall be held by Magistrate Judge Shaffer in Courtroom A-402, 4th Floor, on **Monday November 10, 2008 at 1:30 p.m.**  Parties and counsel are advised that a trial date for a 10-day trial to the court may be scheduled at the Status Conference.

DATED at Denver, Colorado, this 17th day of September, 2008.

BY THE COURT:

   s/Craig B. Shaffer
United States Magistrate Judge