IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

Civil Action No. 08-cv-00738-CBS-KLM

MAEGHAN DODGE,
    Plaintiff,
v.

JOAN SHOEMAKER,
DEBRA AHLIN, and
WILLIAM BOKROS,
    Defendants.
_____

ORDER OF CONSOLIDATION
_____

This civil action comes before the court on the parties' "Joint Motion to Consolidate Cases" (filed September 30, 2008) (doc. # 48), seeking to consolidate Civil Action No. 08-cv-01436-RPM with this civil action. On September 16, 2008, the above-captioned case was referred to Magistrate Judge Craig B. Shaffer to handle all dispositive matters including trial and entry of a final judgment in accordance with 28 U.S.C. 636(c), Fed. R. Civ. P. 73, and D.C. COLO. LCivR 72.2. (*See* doc. # 44). Pursuant to D.C. COLO. LCivR 42.1 "[a] motion to consolidate shall be decided by the district judge to whom the oldest numbered case involved in the proposed consolidation is assigned for trial." The court having reviewed the motion, the entire case file, and the applicable law and being sufficiently advised in the premises, IT IS ORDERED that:

    1.    The parties' "Joint Motion to Consolidate Cases" (filed September 30, 2008) (doc. # 48) is GRANTED. Civil Action No. 08-cv-01436-RPM is hereby consolidated with this civil action.

1

2. This consolidated action shall hereafter be captioned:

Civil Action No. 08-cv-00738-CBS-KLM, *consolidated with* Civil Action No. 08-cv-01436-RPM

MAEGHAN DODGE,
    Plaintiff,
v.
JOAN SHOEMAKER,
DEBRA AHLIN, and
WILLIAM BOKROS,
    Defendants.

---

Civil Action No. 08-cv-01436-RPM

MAEGHAN DODGE,
    Plaintiff,
v.
ARISTEDES W. ZAVARAS,
JOAN SHOEMAKER,
JAMES FRINGER,
ROBERT THIEDE, JR.,
DEBRA AHLIN,
WILLIAM BOKROS,
RICHARD HATCH,
MARK ALTHOLZ,
DANIEL DUPRIEST,
JOHN DOES I THROUGH X, and
JANE DOES I THOUGHT X,
    Defendants.

3. This consolidated action is assigned for all further purposes to Magistrate Judge Shaffer in his capacity pursuant to 28 U.S.C. 636(c), Fed. R. Civ. P. 73, and D.C. COLO. LCivR 72.2 and referred to Magistrate Judge Mix.

4. **A Status Conference is set in this consolidated action on Thursday January 8, 2009 at 10:45 a.m.** in Courtroom A-402, Fourth Floor of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado, 80294.

5. **A Status/Scheduling Conference is set in this consolidated action on Wednesday February 4, 2009 at 10:00 a.m.** in Courtroom A-402.

DATED at Denver, Colorado, this 24th day of December, 2008.

BY THE COURT:

s/Craig B. Shaffer  
United States Magistrate Judge