IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 08-cv-00738-CBS-KLM | FTR - Reporter Deck-Courtroom A402 |
| Date: February 4, 2009 | Courtroom Deputy: Ginny Kramer |

*Parties:*  *Counsel:*

MAEGHAN DODGE                                    Thomas Barnes, Jr.
*a/k/a Meaghan Dodge*                             Angeliqul Anderson

    Plaintiff,

v.

DEBRA AHLIN,                                         Christopher Alber
WILLIAM BOKROS,
JOAN SHOEMAKER,

    Defendants.

v.

ARISTEDES ZAVARAS,
JAMES FRINGER,
ROBERT THIEDE, JR.,
RICHARD HATCH,
DANIEL DUPRIEST,
*and John Does I through X and Jane Does I through X*

    Consol Defendants.

---

# COURTROOM MINUTES/MINUTE ORDER

**HEARING: STATUS CONFERENCE**

**Court in session: 10:16 a.m.**

Court calls case. Appearances of counsel.

Statements to the Court by Mr. Barns for the plaintiff.

Statements to the Court by Mr. Anderson for the plaintiff.

**It was ORDERED as follows:**

1. The Plaintiff's Motion to Amend/Correct/Modify Complaint [#81] filed February 3, 2009, is **withdrawn without prejudice.**

2. That the Plaintiff's for Substitution of Counsel is **granted.** Mr. Thomas Barns, Jr. is withdrawn as counsel for the plaintiff. Ms. Angeliqul Anderson is now counsel for the plaintiff.

3. That the Plaintiff shall file a Motion for Leave to Amend the Complaint **on or before February 13, 2009.**

HEARING CONCLUDED.

**Court in recess: 10:49 a.m.**
Total time in court: 00:39 minutes

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.