## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| Civil Action No.: 08-cv-00738-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date: March 17, 2009 | Courtroom Deputy: Linda Kahoe |

| | |
|---|---|
| MAEGHAN DODGE, | Angelique L. Anderson (telephone) |
| **Plaintiff,** | |
| v. | |
| DEBRA AHLIN, *et al.*, | Christopher W. Alber (telephone) |
| **Defendant(s).** | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: TELEPHONIC MOTION HEARING**
**Court in Session:** 10:06 a.m.
Court calls case. Appearances of counsel. Plaintiff is present.

Discussion regarding **Motion to Perfect Pleadings and File Second Amended Complaint** [#89], filed February 17, 2009.

**ORDERED:** The Plaintiff's **Motion to Perfect Pleadings and File Second Amended Complaint** [#89], filed February 17, 2009, is **GRANTED**. The Second Amended Complaint is deemed filed as of today's date.

**ORDERED:** In case no. 08-cv-00738-CBS, Defendants Shoemaker and Ahlin's **Motion to Dismiss** [#24], filed August 11, 2008, is **DENIED** as moot.

**ORDERED:** In case no. 08-cv-00738-CBS, Defentant Bokros' **Motion to Dismiss** [#61], filed December 10, 2008, is **DENIED** as moot.

**ORDERED:** In case no. 08-cv-01436-CBS-KLM, the Defendant's **Motion to Dismiss** [#29], filed November 17, 2008, is **DENIED** as moot.

**ORDERED:** A Scheduling Conference is set for **April 29, 2009, at 9:15 a.m.** before Magistrate Judge Craig B. Shaffer in courtroom A402.

HEARING CONCLUDED.

**Court in recess**:     **10:16 a.m.**
Total time in court:    00:10

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.