IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00738-CBS-KLM

MAEGHAN DODGE,

    Plaintiff,

v.

DEBRA AHLIN,
WILLIAM BOKROS, and
JOAN SHOEMAKER,

    Defendants.
_____

# MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on a **Joint Motion to Vacate Settlement Conference** [Docket No. 94; Filed March 25, 2009] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. It is **FURTHER ORDERED** that the settlement conference set for March 30, 2009 at 1:30 p.m. is **VACATED**. The settlement conference will be reset only upon joint motion of the parties.

Dated: March 25, 2009