IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

Civil Action No. 08-cv-00738–CBS-KLM [*consolidated with* 08-cv-01436-CBS]

MAEGHAN DODGE,
    Plaintiff,
v.

JOAN SHOEMAKER, Warden of Denver Women's Correctional Facility, in her individual and official capacities,
WILLIAM BOKROS, Deputy Warden at the Denver Women's Correctional Facility, in his individual and official capacities,
ROBERT THIEDE, JR., an investigator for the Department of Corrections, in his individual and official capacities,
DEBRA AHLIN, a case manager for the Department of Corrections, in her individual and official capacities, and
MARK ALTHOLZ, an employee of the Denver Reception and Diagnostic Center, in his individual and official capacities,
    Defendants.
_____

ORDER CLARIFYING REFERRAL TO MAGISTRATE JUDGE PURSUANT TO
28 U.S.C. 636(c)(1), FED. R. CIV. P. 73, AND D.C. COLO. LCivR 72.2
_____

In light of the Second Amended Verified Complaint filed on March 17, 2009 (doc. # 93) and the consent of all the parties in the case (*see* docs. # 43, # 60, and # 75),

IT IS HEREBY CLARIFIED that this consolidated civil action is referred to Magistrate Judge Craig B. Shaffer to handle all dispositive matters including trial and entry of a final judgment in accordance with 28 U.S.C. 636(c)(1), Fed. R. Civ. P. 73, and D.C. COLO. LCivR 72.2.

DATED at Denver, Colorado, this 27th day of March, 2009.

                        BY THE COURT:

                          s/Craig B. Shaffer
                        United States Magistrate Judge