# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.:  08-cv-00738-CBS-KLM** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:   December 15, 2009** | **Courtroom Deputy:**  Linda Kahoe |

MAEGHAN DODGE,

      Andrea L. Blanscet
      Angelique Layton Anderson
      Christopher Lynn Ingold

    Plaintiff,

    v.

DEBRA AHLIN, *et al.,*

      Christopher Wayne Alber

    Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   MOTION HEARING**
**Court in session:        10:06 a.m.**
Court calls case.  Appearances of counsel.

Discussion and arguments regarding Motion to Dismiss Plaintiff's Second Amended Verified Complaint, doc #[98], filed 3/31/2009.

For the reasons as stated on the record, it is:

**ORDERED**:   The Bench Trial set for February 22, 2010 at 9:00 a.m. is **VACATED**.

**ORDERED**:   The court will issue an Order on the Motion to Dismiss Plaintiff's Second Amended Verified Complaint, doc #[98].  A Status Conference will be scheduled after the court issues an Order on the Motion to Dismiss to discuss actions that counsel will take or intend to take.

Ms. Anderson states she will file a new Motion to Withdraw as Attorney for Plaintiff.

HEARING CONCLUDED.

**Court in recess**:        **11:44 a.m.**
Total time in court:     01:38

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.